17-0009

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO: 18-1351

SECTION 6

DIVISION "___"

**DAMON MCFARLAND**

vs.

**PROTECTIVE INSURANCE COMPANY, KELLY TOURS, DAVID M. ROBISON AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

The petitioner, Damon McFarland, a person of the full age of majority and resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents:

I.

That defendants, Protective Insurance Company, a foreign insurance corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, Kelly Tours, Inc. a foreign corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana, David M. Robison, a person of the full age of majority and resident of the Ashburn, State of Georgia, and State Farm Mutual Automobile Insurance Company, a foreign insurance corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana; are justly and truly indebted unto your petitioner, Damon McFarland, jointly, severally and in solido for such damages as are reasonable in the premises, including but not limited to; past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, disability, permanent impairment, permanent disfigurement and scaring, past and future medical expenses, rehabilitation expenses, lost wages, loss of earning capacity, loss of services, loss of society and loss of enjoyment of life, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for the following, to-wit:

Page 1 of 4

VERIFIED
[signature]
2/9/18

**DEFENDANT'S EXHIBIT A**

II.

That on or about February 26, 2017, your petitioner, Damon McFarland, was operating his 1999 Chevrolet Express eastbound in the far right hand lane on Interstate 10 in between the Crowder Road and Read Boulevard, when suddenly and without warning, the driver's side of your petitioner's vehicle was struck by a 2016 Vanh Bus owned by defendant, Kelly Tours, Inc. and operated defendant, David M. Robison, who improperly changed lanes from the center lane of Interstate 10 into the right hand lane which was your petitioner's lane of travel causing the subject accident, damages, and injuries complained of herein.

III.

The above accident and all damages resulting therefrom were caused by no fault of your petitioner but were caused by the negligence and fault of defendants, David M. Robison and/or Kelly Tours, Inc. which negligence and/or fault includes, but is not limited to the following:

**David M. Robison:**

    a.    Improper lane usage;

    b.    Failure to signal;

    c.    Improper lane change;

    d.    Failure to yield to the right of way;

    e.    Careless and reckless operation of a motor vehicle;

    f.    Failure to see what he should have seen;

    g.    Failure to keep a good and proper lookout;

    h.    Failure to use reasonable vigilance;

    I.    Cutting in; and

    j.    Any and all other acts of negligence to be proven at the trial of this matter.

**Kelly Tours, Inc.:**

    a.    Negligently entrusting their vehicle to a driver who they knew or should have known was incompetent, careless and/or reckless;

    b.    Negligent hiring practices;

    c.    Failure to properly train its employees and/or agents in the safe operation of a motor vehicle;

    d.    Failure to properly equip their vehicles; and

**DEFENDANT'S EXHIBIT A**

e.  Any and all other acts of negligence and/or fault to be proven at the trial of this matter.

All in violation of the statutes of the State of Louisiana and Ordinances of the Parish of Orleans, which statutes and ordinances are pleaded herein as if copied in extensio.

IV.

As a result of the negligence and fault of the defendants, Kelly Tours, Inc. and David M. Robison, your petitioner, Damon McFarland sustained severe, permanent, and disabling bodily injuries.

V.

At all material times herein, defendant, David M. Robison, was on a mission for defendant, Kelly Tours, Inc.

VI.

At all material times herein, defendant, David M. Robison, was in the course and scope of his employment and/or agency with defendant, Kelly Tours, at the time of the subject accident.

VII.

At all material times herein, defendant, Kelly Tours, Inc. is vicariously liable under the theory of respondeat superior for any and all negligence, fault and/or acts of omission of its employee and/or agent, defendant, David M. Robison.

VIII.

At all material times herein, the 2016 Vahn Bus operated by defendant, David M. Robison, with the permission of its owner defendant, Kelly Tours, Inc.

IX.

At all material times herein, defendant, Protective Insurance Company, was the liability insurer of defendants, Kelly Tours, Inc. and David M. Robison.

X.

At all material times herein, defendant, State Farm Mutual Automobile Insurance Company, was the uninsured/underinsured motorist insurer of your petitioner, Damon McFarland.

**WHEREFORE**, your petitioner, Damon McFarland, prays that defendants, Protective Insurance Company, Kelly Tours, Inc., David M. Robison, and State Farm Mutual Automobile Insurance Company be cited and served with a copy of this petition and be required to appear herein and answer same; that after all legal delays and due proceedings be had, there be a judgment

**DEFENDANT'S EXHIBIT A**

rendered herein in favor of your petitioner, Damon McFarland, and against defendants, Protective Insurance Company, Kelly Tours, Inc., David M. Robison, and State Farm Mutual Automobile Insurance Company, individually, jointly, severally and in solido for such damages as are reasonable in the premises, including but not limited to, past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, disability, permanent impairment, permanent disfigurement and scaring, past and future medical expenses, rehabilitation expenses, lost wages, loss of earning capacity, loss of services, loss of society, and loss of enjoyment of life together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully submitted,

KIEFER & KIEFER

KRIS P. KIEFER (#24493)
NAT G. KIEFER, JR. (#1461)
MEGAN C. KIEFER (#32882)
CHRIS M. SHORT (#32689)
2310 Metairie Road
Metairie, Louisiana 70001
(504) 828-3313

**PLEASE SERVE:**
Protective Insurance Company
Through Its Agent for Service of Process
Louisiana Secretary of State
Baton Rouge, LA 70808

via Louisiana Long Arm Statute
David M. Robison
169 Hill Avenue
Ashburn, GA 31714

via Louisiana Long Arm Statute
Kelly Tours, Inc.
2788 Hwy. 80 W
Garden City, GA 31408

State Farm Mutual Automobile Insurance Company
Through Its Agent for Service of Process
Louisiana Secretary of State
Baton Rouge, LA 70808

**DEFENDANT'S EXHIBIT A**